# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-2336EM

_____

| | | |
|---|---|---|
| Connie Flowers, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Kelly Lock, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: February 9, 1999
Filed: February 18, 1999

_____

Before FAGG and HANSEN, Circuit Judges, and ROSENBAUM,* District Judge.

_____

PER CURIAM.

Connie Flowers appeals the district court's denial of Flowers's 28 U.S.C. § 2254 petition for a writ of habeas corpus. Flowers contends her conviction and life sentence for capital murder was obtained by the state's use of a coerced confession. Because Flowers's appeal involves the straightforward application of settled principles of law, we conclude that an extended opinion will serve no useful purpose. A review of the record shows that Flowers's contention is without merit. We agree

_____

*The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota, sitting by designation.

with the magistrate judge's analysis adopted by the district court and affirm without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.